AUSA: Camille L. Fletcher

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | |
| DENNIS RODRIGUEZ and JULIAN LOPEZ | |
| Defendant. | |

## 24 MAG 399

**COMPLAINT**

Violations of 21 U.S.C. §§ 841 and 846

COUNTY OF OFFENSE:
BRONX

SOUTHERN DISTRICT OF NEW YORK, ss.:

COREY HOWARD, being duly sworn, deposes and says that he is a Special Agent with the Drug Enforcement Administration ("DEA"), and charges as follows:

## COUNT ONE
### (Narcotics Conspiracy)

1.      In or about January 2024, in the Southern District of New York and elsewhere, DENNIS RODRIGUEZ and JULIAN LOPEZ, the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.      It was a part and an object of the conspiracy that DENNIS RODRIGUEZ and JULIAN LOPEZ, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3.      The controlled substance involved in the offense was one kilogram and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B).

(Title 21, United States Code, Section 846.)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

4.      I am a Special Agent with the DEA and have been personally involved in the investigation of this matter. This affidavit is based upon my personal participation in the investigation, my examination of reports and records, and my conversations with other law enforcement agents and other individuals. Because this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

5. I have learned the following from my involvement in the investigation, law enforcement surveillance, my review of records, and my conversation with a confidential source ("CS-1")[1] described below:

a. On or about January 29, 2024, in recorded phone calls and text messages DENNIS RODRIGUEZ, the defendant, agreed to sell CS-1 approximately one kilogram of cocaine.

b. On or about January 30, 2024, in a recorded phone call, RODRIGUEZ told CS-1, in substance and in part, that he had to wait for a friend before he could meet to complete the transaction. Later that afternoon, in another recorded phone call, RODRIGUEZ told CS-1, in substance and in part, that his "friend" had arrived and that he and the "friend" were on their way to the agreed upon location, a specified parking lot in the Bronx, New York (the "Parking Lot").

c. On or about January 30, 2024 at approximately 5:30 p.m., law enforcement officers conducting surveillance observed RODRIGUEZ arrive at the Parking Lot. RODRIGUEZ was observed traveling in a 2013 black Honda Civic (the "Rodriguez Honda"). A few moments later, a grey 2017 Dodge Caravan (the "Lopez Minivan")[2] arrived in the Parking Lot and parked near the Rodriguez Honda. The Lopez Minivan had two occupants: JULIAN LOPEZ, the defendant, who was the driver, and another individual ("Individual-1"), who was a passenger. CS-1 was already parked in a vehicle ("CS-1 Vehicle") at the Parking Lot.

d. A few moments later, RODRIGUEZ, emptyhanded, exited the Rodriguez Honda and walked to the CS-1 Vehicle. While near the CS-1 Vehicle, RODRIGUEZ stated to CS-1 in in substance and in part, "I'm going to get it right now." RODRIGUEZ then walked to the Lopez Minivan.

e. RODRIGUEZ approached the passenger side of the Lopez Minivan and appeared to have a conversation with its occupants. RODRIGUEZ then obtained a red and white bag ("Red and White Bag") from the Lopez Minivan and returned to the CS-1 Vehicle, which he entered.

f. While inside the CS-1 Vehicle with RODRIGUEZ, CS-1 inspected the brick shaped object that contained a powdered substance that was inside the Red and White Bag, and told RODRIGUEZ, in substance and in part, to keep possession of the Red and White Bag and its contents until CS-1 returned with cash. RODRIGUEZ then exited the CS-1 Vehicle and walked to the Rodriguez Honda with the Red and White Bag. RODRIGUEZ then placed the Red and White Bag in the rear of the Rodriguez Honda, and walked emptyhanded to the Lopez Minivan.

---

[1] In or about 2021, law enforcement conducted a judicially authorized search of CS-1's residence and recovered substantial quantities of narcotics. CS-1 subsequently began providing information to law enforcement in the hope of leniency in any prosecution and sentencing. CS-1 was previously convicted of narcotics offenses. Information provided by CS-1 has been found reliable and corroborated by, among other things, phone records and electronic evidence, and has led to other seizures of narcotics.

[2] A search of a law enforcement database revealed that the JULIAN LOPEZ, the defendant, is the registered owner of the Lopez Minivan.

2

g.      Moments later, as RODRIGUEZ stood near the Lopez Minivan, law enforcement officers approached RODRIGUEZ and the Lopez Minivan.

h.      A Westchester County Police Department Officer ("Officer-1"), who is a certified handler of narcotics detection canines was present. Specifically, Officer-1 was accompanied by a narcotics-detection canine named Liberty.[3] Liberty reacted to the Rodriguez Honda near the driver's seat and to the Lopez Minivan in a manner consistent with a positive indication or alert for narcotics.

i.      A search of the Rodriguez Honda revealed that the Red and White Bag, which was located on the floor behind the driver's seat, contained a brick shaped object that contained a powdered substance weighing approximately one kilogram; the substance has field-tested positive for the presence of cocaine.

j.      A search of the Lopez Minivan revealed on the ground behind the front passenger seat, a package wrapped in clear plastic that contained a powdered substance weighing approximately 175 grams, which has field-tested positive for the presence of cocaine. In addition, three cellphones (which LOPEZ claimed ownership of in a *Mirandized* post arrest statement) were recovered from the Lopez Minivan.

k.      RODRIGUEZ, LOPEZ, and Individual-1 were then taken into custody for questioning. A search of LOPEZ's person incident to his arrest revealed that inside LOPEZ's pockets were small parcels containing what appeared to be personal use quantities of cocaine.

l.      In a *Mirandized* post arrest statement, Individual-1 stated in sum and substance, that LOPEZ had picked him up earlier in the afternoon for lunch and that he was unaware that this meeting was planned. Individual-1 denied knowing RODRIGUEZ or the purpose for the meeting. Individual-1 disclaimed ownership of the three cellphones recovered from the Lopez Minivan and denied ownership and knowledge of the Red and White Bag and its contents.

---

[3] K9 Liberty was acquired by the Westchester County Police in October of 2020. K9 Liberty completed a ten-week basic course of instruction in narcotics detection at the Westchester County Police Academy in Valhalla NY. In July of 2021 K9 Liberty and her handler were certified by New York State Division of Criminal Justice Services, as a Police Narcotics Detection Canine Team for cocaine, crack cocaine, methamphetamines, ecstasy, and heroin. K9 Liberty will positively alert her handler to the presence of these narcotic odors by sitting. K9 Liberty is used regularly in narcotics detection and has participated in numerous seizures of narcotics and US currency. K9 Liberty has also been utilized for narcotics detection by other federal, state and local law enforcement agencies.

WHEREFORE, I respectfully request that DENNIS RODRIGUEZ and JULIAN LOPEZ, the defendants, be imprisoned or bailed, as the case may be.

_____
COREY HOWARD
SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION


Sworn to before me this 31st day of January, 2024.

_____
THE HONORABLE ROBERT W. LEHRBURGER
United States Magistrate Judge
Southern District of New York